# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2935
LT Case No. 2013-306146-CFDB

_____

JAMES REED,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

James Reed, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

September 5, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____